# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Alice Pausig, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:13-cv-047 |
| Midwest Telemark International, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation For Dismissal With Prejudice" filed on September 3, 2013. The Court **ADOPTS** the stipulation in its entirety (Docket No. 10) and **ORDERS** that the case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2013.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court